**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GILTJES, OPAL L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-04666 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE BRUCE W. BLACK
     BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 02/29/08. The Trustee was appointed on 02/29/08. An order for relief under Chapter 7 was entered on 02/29/08.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 10/6/08 is as follows:

    a.  RECEIPTS (See Exhibit C)      $    6,181.46

    b.  DISBURSEMENTS (See Exhibit C)      $    0.00

    c.  NET CASH available for distribution      $    6,181.46

    d.  TRUSTEE/PROFESSIONAL COSTS
        1.  Trustee compensation requested (See Exhibit E)      $    1,368.15
        2.  Trustee Expenses (See Exhibit E)      $    0.00
        3.  Compensation requested by attorney or other
            professionals for trustee (See Exhibit F)      $    3,562.59
             $

5.  The Bar Date for filing unsecured claims expired on 09/29/08.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.  Allowed unpaid secured claims      $    0.00

    b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims      $    4,930.74

    c.  Allowed Chapter 11 Administrative Claims      $    0.00

    d.  Allowed priority claims      $    0.00

    e.  Allowed unsecured claims      $    14,813.67

7.  Trustee proposes that unsecured creditors receive a distribution of 8.44% of allowed claims.

8.  Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $3,568.59.  The total of Chapter 7 professional fees and expenses requested for final allowance is $4,930.74. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.  A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  10/6/08                                                                RESPECTFULLY SUBMITTED,


                                                              By:/s/Thomas B. Sullivan
                                                                 THOMAS B. SULLIVAN, TRUSTEE
                                                                 1900 RAVINIA PLACE
                                                                 ORLAND PARK, IL  60462
                                                                Telephone # (708) 226-2700

## TRUSTEE TASKS

The trustee conducted a 341 hearing concerning the debtor. Prior to the hearing the Trustee reviewed the schedules and noted the debtor had transferred her interest in a single family home in exchange for $20,000 in 2006.

The Trustee investigated the matter and found that the debtor did not execute a quit claim deed until February of 2008. The Trustee determined it was necessary to retain counsel for representation in this matter and a motion was filed to retain counsel. An order was entered employing counsel on 6/6/08.

After corresponding with the Debtor's attorney, it was discovered that Mr. Busch, prior to demand by the Trustee, had entered into a contract to sell the subject property for $215,000. The net proceeds of sale were estimated at $12,374.60 of which the estate would be entitled to half. The Trustee found this sale price to be fair and reasonable.

The Trustee filed an initial report of assets and the bar date was set for 9/29/08.

On June 18, 2008 a motion to approve the settlement was filed and approved by the court. The order approving same was entered on June 27, 2008.

The Trustee employed a tax accountant to prepare the necessary tax returns on behalf of the estate. The motion was filed on July 21, 2008 and the order was entered on August 1, 2008.

Claims were reviewed and a final report was prepared.

**8 HOURS @ $475.00/HOUR = $3,800.00**

**EXHIBIT A**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | |
|---|---|
| TOTAL RECEIPTS | $ 6,181.46 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 50.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 6,500.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08B-04666 BWB  
**Case Name:** GILTJES, OPAL L  

**Period Ending:** 10/06/08

**Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 02/29/08 (f)  
**§341(a) Meeting Date:** 04/17/08  
**Claims Bar Date:** 09/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 2 | WEARING APPARE | 100.00 | 0.00 | | 0.00 | FA |
| 3 | JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 4 | TAX REFUND | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2000 FORD EXPLORER | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | QUIT CLAIM OF /1/2 INTEREST IN REAL PROPERTY | 20,000.00 | 6,179.37 | | 6,179.37 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.09 | Unknown |
| 7 | **Assets** **Totals** (Excluding unknown values) | **$26,150.00** | **$6,179.37** | | **$6,181.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Printed: 10/06/2008 10:26 AM    V.10.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08B-04666 BWB  
**Case Name:** GILTJES, OPAL L  
**Taxpayer ID #:** 13-7607276  
**Period Ending:** 10/06/08  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/08 | {6} | FIRST AMERICAN TITLE INSURANCE CO | SETTLEMENT OF 1/2 INTEREST IN REAL PROPERTY | 1110-000 | 6,179.37 | | 6,179.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.55 | | 6,179.92 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.73 | | 6,180.65 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,181.46 |
| | | | **ACCOUNT TOTALS** | | **6,181.46** | **0.00** | **$6,181.46** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,181.46** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,181.46** | **$0.00** | |

{} Asset reference(s)                                Printed: 10/06/2008 10:26 AM     V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08B-04666 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | GILTJES, OPAL L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****36-66 - Checking Account |
| Taxpayer ID #: | 13-7607276 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/06/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      6,181.46
                  _____
Net Estate :       $6,181.46
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****36-65** | 6,181.46 | 0.00 | 6,181.46 |
| **Checking # ***-*****36-66** | 0.00 | 0.00 | 0.00 |
| | $6,181.46 | $0.00 | $6,181.46 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GILTJES, OPAL L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-04666 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,930.74 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,250.72 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 6,181.46 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 4,930.74 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 1,368.15 | 1,368.15 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 2,175.00 | 2,175.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 40.89 | 40.89 |
| ADMIN4 | Alan D. Lasko | 1,334.90 | 1,334.90 |
| ADMIN5 | Alan D. Lasko | 11.80 | 11.80 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 14,813.67 | 8.44% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | COMED | 194.85 | 16.45 |
| 002 | CAPITAL RECOVERY II | 510.70 | 43.12 |
| 003 | DISCOVER BANK/DFS SERVICES LLC | 3,754.94 | 317.03 |
| 004 | WORLD'S FOREMOST BANK | 1,089.88 | 92.02 |
| 005 | CHASE BANK USA NA | 1,295.59 | 109.39 |
| 006 | CHASE BANK USA | 1,613.14 | 136.20 |
| 007 | VERIZON WIRELESS MIDWEST | 882.07 | 74.47 |
| 008 | FIA CARD SERVICES NA | 5,472.50 | 462.04 |
| | | TOTAL $ | 1,250.72 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF<br>**CLAIM** | **CLAIM<br>NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT<br>OF CLAIM** | **DISALLOWED<br>/WITHDRAWN<br>(DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                                                            THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 2,175.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 40.89 | |
| | | | 2,215.89 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 1,334.90 | |
| Alan D. Lasko Expenses | 0.00 | 11.80 | |
| | | | 1,346.70 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,562.59 | $ 3,562.59 |

1