**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GILTJES, OPAL L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-04666 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S. BANKRUPTCY COURT
    WILL COUNTY ANNEX
    57 N. OTTAWA ST., RM 201
    JOLIET, IL. 60432**

    On: **DECEMBER 12, 2008**

    At: **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         6,181.46

    b. Disbursements                           $             0.00

    c. Net Cash Available for Distribution     $         6,181.46

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $1,368.15 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $2,175.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | | $40.89 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,334.90 | |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | | $11.80 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $14,813.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | COMED | $ 194.85 | $ 16.45 |
| 002 | CAPITAL RECOVERY II | $ 510.70 | $ 43.12 |
| 003 | DISCOVER BANK/DFS SERVICES LLC | $ 3,754.94 | $ 317.03 |
| 004 | WORLD'S FOREMOST BANK | $ 1,089.88 | $ 92.02 |
| 005 | CHASE BANK USA NA | $ 1,295.59 | $ 109.39 |
| 006 | CHASE BANK USA | $ 1,613.14 | $ 136.20 |

| 007 | VERIZON WIRELESS MIDWEST | $ | 882.07 | $ | 74.47 |
| 008 | FIA CARD SERVICES NA | $ | 5,472.50 | $ | 462.04 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and tax refund

Dated: **NOVEMBER 10, 2008**            For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sward                 Page 1 of 2                   Date Rcvd: Nov 10, 2008
Case: 08-04666                Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Nov 12, 2008.
db           +Opal L. Giltjes,    401 South Ben Street,    Plano, IL 60545-1804
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
aty          +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11991659     +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
12346809     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11991661     +Cabelas,    PO Box 82609,    Lincoln, NE 68501-2609
11991662     +Centrue Bank,    200 East Main Street,    Streator, IL 61364-2925
12346768     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11991663     +Chase MasterCard,    PO Box 15153,    Wilmington, DE 19886-5153
11991665     +Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
11991667     +Fashion Bug,    PO Box 856021,    Louisville, KY 40285-6021
11991668     +GE Money Bank,    c/o Encore,    400 N. Rogers Rd. Box 3300,    Olathe, KS 66062-1212
11991671     +Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
11991672     +LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
11991674     +Stephens & Michaels Assoc. Inc.,    63 Range Road,    Windham, NH 03087-2098
11991675     +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
12308168      World's Foremost Bank,    P O Box 82609,    Lincoln NE 68501-2609

The following entities were served by electronic transmission on Nov 11, 2008.
12653828     +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2008 02:48:49     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11991664     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
               PO Box 87522,    Chicago, IL 60680-0522
11991666      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2008 02:50:28      Discover,   PO Box 3008,
               New Albany, OH 43054
12295960      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2008 02:50:28
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12643132     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2008 02:49:13
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11991669     +E-mail/Text: bkynotice@harvardcollect.com                            Harvard Collection Services,
               4839 N. Elston Ave.,    Chicago, IL 60630-2589
11991670     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2008 02:48:30     JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
11991673     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 416,
               Aurora, IL 60568-0001
12653831      E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2008 02:48:49
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12280808     +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2008 02:48:51
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11991676     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 11 2008 02:49:00     Verizon Wireless,
               PO Box 25505,    Lehigh Valley, PA 18002-5505
12523867     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 11 2008 02:49:03
               Verizon Wireless Midwest,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11991660*    +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: sward              Page 2 of 2              Date Rcvd: Nov 10, 2008
Case: 08-04666                Form ID: pdf002          Total Served: 33

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2008**                **Signature:**   *Joseph Speetjens*